IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Elizabeth Francisca Durazo,<br><br>　　　　　Defendant. | CR 17-01734 TUC JAS (JR)<br><br>FINAL ORDER OF FORFEITURE |

　　　　WHEREAS, on November 8, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the plea agreement entered into by defendant, Elizabeth F. Durazo, ordering the defendant to forfeit one 2005 Infinity QX56, VIN 5N3AA08A85N802890; and

　　　　WHEREAS, consecutively from November 10, 2017, through December 9, 2017, notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the court within sixty (60) days from the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

　　　　WHEREAS, no timely claim has been filed; and

　　　　WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(6).

///

1      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Title 18, United States Code, Section 982(a)(6), all right, title and interest in one 2005 Infinity QX56, VIN 5N3AA08A85N802890 is hereby forfeited to and vested in the United States and shall be disposed of according to law.

    IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

    DATED this 11TH day of JUNE, 2018.

_____
JAMES A. SOTO
United States District Judge

*United States of America v. Elizabeth Francisca Durazo*
*Final Order of Forfeiture – Page 2 of 2*