GARY M. RESTAINO
United States Attorney
District of Arizona
ALEXANDROS LAMBDIN
Assistant United States Attorney
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Az Bar No. 035650
Email: alex.lambdin@usdoj.gov
Telephone: (520) 620-7300

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 17-01734-JAS-JR |
|---|---|
| Plaintiff, | **GOVERNMENT'S DISPOSITION MEMORANDUM** |
| vs. | |
| Elizabeth Francisca Durazo, | (Sentencing November 5, 2024) |
| Defendant. | |

The United States of America, by and through its undersigned attorney, files this brief memorandum concurring with Probation's recommendation of recommending 8 months in the Bureau of Prisons with 18 months of supervised release to follow.

Having reviewed the findings and recommendations in the Disposition Report (DR), the government has no objection to the guideline calculations noted by Probation of 5 to 11 months for a Grade C violation with a Criminal History category of III. Defendant Elizabeth Durazo originally received a 238 day sentence, followed by a term of 36 months of supervised release. The Government notes that this revocation came after a period of relative success on supervised release. As noted in the DR Justification section on page 6, Defendant had completed almost 20 months of her 36 month term, had performed well, and in fact was being considered for possible early termination. However, on July 20, 2024, she was detailed at the Douglas Port of Entry with 3.8 grams of cocaine and admitted to illicit substance use. Given this, a custodial sentence of 8 months is appropriate, with special attention given to the request for 18 further months on supervised release. It is clear

from Defendant's conduct from most of her time on supervised release that she is absolutely capable of doing well-and that opportunity should be afforded to her. Only on supervised release may she have the abundance of resources to allow her to shed any addiction issues she may still struggle with. Conversely, there are concerns from the Government that despite prior time in custody and despite knowing what her conditions on supervised release were, she still sought and obtained illicit substances and tried to enter the United States with them. This does warrant a custodial sentence.

Given these facts, a term of 8 months in the Bureau of Prisons with an 18 month term of supervised release to follow is appropriate.

Respectfully submitted this 30th day of October, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Alex Lambdin*
>
> ALEXANDROS LAMBDIN
> Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 30th day of October, 2024, to:

All ECF participants