Christopher L. Scileppi
Law Office Of Christopher L. Scileppi, P.L.L.C.
115 W. Washington St.
Tucson, Arizona 85701
Telephone: (520) 449-8446
Email: info@scileppilaw.com
State Bar No: 021591
Attorney for Defendant Elizabeth Francisca Durazo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.: 17-CR-01734-JAS-JR |
|---|---|
| Plaintiff, | |
| vs. | DISPOSITION MEMORANDUM |
| Elizabeth Francisca Durazo, | |
| Defendant | |

COMES NOW, Defendant, Elizabeth Francisca Durazo, by and through undersigned counsel and respectfully files this Disposition Memorandum[1] and asks that the Court consider a time served sentence – effectively 2.5 months – in this matter.

Ms. Durazo had been doing well on Supervised Release. All of her drug tests had been negative. She had checked in as required. She had done everything requested of her. She was being considered for early termination—and frankly had she had counsel at the time who could have moved for early termination, there's a strong likelihood such a request would have been looked upon favorably, given that she had completed 20 of the 36 months of Supervised Release.

---

[1] Undersigned counsel apologizes to the Court and counsel for the Government for the late filing of this Memorandum. Counsel for Ms. Durazo was in trial in front of the Honorable Scott Rash in *United States v. Cooley*, 24-CR-00910 through 4 p.m. last Friday and did not have time to draft this memorandum until the same day it is being filed.

DISPOSITION MEMORANDUM - 1

The backstory to Ms. Durazo's violation is important. Ms. Durazo's cousin was shot and killed in Mexico. Ms. Durazo was incredibly close with her cousin, as they were raised in the same household in Douglas, Arizona. Ms. Durazo saw her cousin as a brother, and consequently her cousin's death hit her very hard. While Ms. Durazo was down in Mexico, another family member handed her a small baggie of cocaine, which she had on her as she was driving back to Douglas, Arizona.

The drive back spanned several hours, and Ms. Durazo caught herself nodding off on the drive back towards the border. Ms. Durazo was alone in the vehicle and was not comfortable pulling off on the side of the road. Thus, in an effort to remain awake and alert, Ms. Durazo used the cocaine. Ms. Durazo concedes it was stupid and shortsighted, but it was a choice made by someone who was not in a very stable emotional or mental state.

In speaking with Ms. Durazo since the violation, undersigned counsel can avow to the Court that she certainly understands the importance that continued sobriety will play in her life. She was sober for seven years prior to the relapse here.

Notably, Ms. Durazo is NOT asking the Court for a terminal disposition, even though one might be justified by way of her completing 20 of 36 months prior to the violation here. Rather, Ms. Durazo welcomes additional assistance and services and is asking the Court to reinstate her on Supervised Release.

For the foregoing reasons, Ms. Durazo respectfully requests that the Court impose a time-served disposition with 18 months of Supervised Release to follow.

Dated this 4th of November 2024.

*/s/ Christopher L. Scileppi*
Christopher L. Scileppi
Attorney for Elizabeth Durazo

DISPOSITION MEMORANDUM - 2

<u>Certificate of Service</u>:   I certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assistant United States Attorney
United States Attorney's Office
Tucson, Arizona

DISPOSITION MEMORANDUM - 3