## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Elizabeth Francisca Durazo** | No.  CR-17-01734-001-TUC-JAS (JR)<br><br>**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**<br><br>Christopher Legrand Scileppi (CJA)<br><sub>Attorney for</sub> Defendant |

USM#: 81742-408

On 6/11/2018 the defendant, present with counsel, appeared for sentencing for violating, Title 8 U.S.C. §1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i), Conspiracy to Transport and Harbor Illegal Aliens for Profit, Class C Felony offense, as charged in Count 1 of the Indictment.

The defendant was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **THREE (3) YEARS** of supervised release to follow.

On 8/16/2024 the United States Probation Office filed a petition to revoke the term of supervised release.

On 10/3/2024 the defendant appeared with counsel and admitted allegation(s) D as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 6/11/2018 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **FIVE (5) MONTHS** and upon release, **EIGHTEEN (18) MONTHS** of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

The Court affirms any previous order imposing special assessment, fine or restitution in this case.

### SPECIAL CONDITIONS

In addition to the mandatory and standard conditions of supervised release pursuant to General Order 17-18, the defendant shall also comply with the following special conditions:

1) You must participate as instructed by the probation officer in a program of inpatient substance abuse treatment which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

CR-17-01734-001-TUC-JAS (JR)                                                                  Page 2 of 2
USA vs. Elizabeth Francisca Durazo

2) You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

3) You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

4) You must participate in a mental health assessment and participate in inpatient mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

5) You must not use or possess alcohol or alcoholic beverages.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Wednesday, November 06, 2024**

    Dated this 6th day of November, 2024.

_____
Honorable James A. Soto
Senior United States District Judge